JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CISNEROS, ) | Case No. CV 10-574-DMG (OP) |
| ) | |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| ) | |
| K. HARRINGTON, Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: July 31, 2012

DOLLY M. GEE
United States District Judge